**Mr. Jeffrey Paul Barnard**
**266 County Farm Road**
**Dover, New Hampshire 03820**
**Phone (603) 742-3310**
Jeffreybarnard777@gmail.com

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 APR -3 P 3: 04

DEPUTY CLERK

March 31, 2024

VINCENT & KANTZ, LLC
140 Middle Street
Portland, Maine 04101
(207) 749-4466

RE.: Case No.: 1:23-cr-00035-JAW

Dear Mr. Vincent,

    I am forwarding this correspondence to your attention in regards to above case number. I first want to thank you for time and making an effort as to trying to understand what I have been through. I do want to apologize to you for being a little upset and uptight the first and second time we met here at the jail, but that's what happens when a person is in excruciating pain 24-7 and gets no sleep 1 or 2 hours a day for 4 and 5 days in a row.

    That said, the first time we met here at the jail I asked you polity to please call me or contact me by mail as to when we were going to meet so I could be ready for our meeting. Not taking a shower or sleeping God forbid. It's very rude to just show up unannounced, I am sure you would not appreciate me just showing up on your door step with no warning as well, yes? Then you did it again the second time you came here unannounced. Yes you did apologize and I accepted your apology yet I just needed you to know in writing how much that upset me.

    Finally, after much prayer and thought on the matter of your representation of me, I think it best if we part ways, I do not think you have my best interest at hand and to be honest all you want is the easy way out to put my case behind you. I also feel this case is way beyond your ability to defend me properly, being that I have had to explain things to you that a first year law student would know such as venue issues. One thing you said that really made me not want to work with you, that is that you know our Justice System is not just and you had no problem sleeping at night knowing this fact! I will be calling you on Monday asking you to recuse yourself and so you can inform the court by e-mail. I will be sending this correspondence to the court as well.

Sincerely,

*[signature]*
By: Jeffrey-Paul: Barnard©

Cc. Tom Barnard
    Dave Johnson
    Judge John Woodcock, Jr.